# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Status Conference**

**Case Number: 6:26-cr-88-PGB-LHP**

---

**UNITED STATES OF AMERICA**

**Plaintiff,**

**Government's Counsel:** **Courtney Richardson-Jones**

**v.**

**Aaron Starbird**

**Defendant.**

**Defense Counsel:** **Aziza Hawthorne**

| | | | |
|---|---|---|---|
| Judge: | **Paul G. Byron** | Court Reporter | Nikki Peters<br>courtranscripts@outlook.com |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | September 14, 2026 | Time: | 4:05 PM – 4:15 PM<br>10 minutes |

Case called. Appearances taken.

Case to remain as previously set for trial.

Case is adjourned.