**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**

**AARON STARBIRD** **CASE NO: 6:26-cr-88-PGB-LHP**

______________________________

# CRIMINAL PRETRIAL ORDER

1. **Date of Trial:** Trial shall commence on **Monday, October 26, 2026, at 9:00 a.m.** before the Honorable Paul G. Byron in the United States, 401 West Central Boulevard, Orlando, Florida, Courtroom 4B. The parties estimate that **4 days** are needed to try the case.

2. **Jury Instructions & Verdict Form:** No later than **October 21, 2026 at 3:00 pm**, the parties shall file **a single jointly-proposed set of jury instructions in order of presentation to the jury, together with a single jointly-proposed jury verdict form**. The parties should be considerate of their jury, and therefore should submit a short, concise special verdict form. The Court prefers the most recent pattern jury instructions approved by the United States Court of Appeals for the Eleventh Circuit. A party may include at the appropriate place in the single set of jointly-proposed jury instructions a contested instruction, so designated with the name of the requesting party and a citation of authority for its inclusion, together with a summary of the opposing party's objection. The Court will deny outright a

proposed jury instruction that is "slanted" in any way. In addition to filing with the Court, the Court requires the parties to submit their single set of jury instructions and verdict form to the Chamber's email [Chambers_FLMD_Byron@flmd.uscourts.gov] in Microsoft Word format.

3. **<u>Motions in Limine:</u>** All motions in limine, regardless of the name attributed to the motion by the moving party, shall be filed by **October 7, 2026.** Responses are **due no later than October 14, 2026.**

4. **<u>Witness Lists, Exhibit Lists, Exhibits:</u>** No later than **October 21, 2026 at 3:00 PM,** each party shall provide the Court with copies of their exhibits in PDF format on one (1) flash drive, along with their exhibit list. **Additionally, the parties MUST file their exhibit and witness lists on the docket.** The Government is responsible for submitting any joint exhibits to the Court. Multiple-page exhibits must be Bates stamped. Each exhibit shall be set forth in a separate file on the flash drive and shall be clearly numbered and labeled for the Court's ease of reference. Composite exhibits may be set forth in one file. **On the date trial commences**, each party shall provide three (3) copies of their respective Exhibit List and Witness List and two (2) copies of an agreed upon redacted Indictment or Information to the Courtroom Deputy Clerk in the courtroom. **Also on the date trial commences**, one (1) set of original exhibits which include the appropriate colored exhibit tags stapled to the upper right hand corner of the first page shall be supplied to the Court. Each tagged exhibit shall be separately

contained in a labeled manila folder (as opposed to exhibits being organized in binders) indicating exhibit number and party name, *e.g.*, Government-1, Defendant-1, Defendant Smith-1 (if multiple defendants). All exhibits shall be pre-marked pursuant to Local Rule 3.07. Joint exhibits which are not objected to shall be introduced and admitted at the outset of the case. Photo substitutes of physical exhibits must be provided to the Courtroom Deputy Clerk immediately upon the close of evidence. The parties will bring to Court an additional exhibit list to be used by the jury during deliberations. The parties are responsible for redacting from the exhibit list any exhibits which were not introduced. If any party disagrees with the description of the exhibit, they must file an objection to the description prior to the start of trial.

5. **Substitution of Exhibits:** Any party who wishes to substitute a redacted exhibit in place of an exhibit admitted at trial is required to present the substitute exhibit(s) to the Courtroom Deputy at the conclusion of each trial day. The party offering the substitute exhibit shall notify opposing counsel at least five days prior to the start of trial of the exhibit(s) for which the party intends to offer a substitute. The substitute exhibit(s) shall be marked with an exhibit tag prior to its submission.

6. **Handling of Evidence Post Trial:** No later than fourteen days after the conclusion of trial, counsel shall provide the Courtroom Deputy with an electronic copy of all admitted trial exhibit(s). The electronic copy shall be jointly certified by counsel and attached to the exhibit certification form which

will be provided to the parties by the Courtroom Deputy at the conclusion of trial. In the exhibit certification form, the parties shall certify that the electronic copy of the admitted trial exhibit(s) is correct and accurate. The parties shall further certify that the electronic copy of the admitted trial exhibit(s) will be part of the official record submitted to the Court of Appeals for the Eleventh Circuit if an appeal is taken.

7. **Courtroom Audio Visual Equipment:** A variety of audio-visual equipment is available for use by counsel during trial, including a document camera, a connection for laptop access to the audio-visual system,[1] and monitors at each counsel table, in the witness box, and in the jury box. Counsel are advised to contact the Court's Courtroom Deputy, Kathleen McKinnie, at 407-835-4211 or Kathleen.mckinnie@flmd.uscourts.gov **at least two weeks prior to trial** to arrange a time to become familiar with the courtroom technology systems. Please have three agreed upon dates ready. Failure to do so may result in the equipment not being available for use.

8. **Personal Electronic Equipment:** During trial, counsel for both parties are permitted to enter the Courthouse with cellular phones, laptop computers, and electronic equipment without additional leave of Court. Cellular telephones shall be kept in the "vibrate" or "silent" mode and may only be used outside the courtroom. Additionally, access to the Internet via the

1 An information sheet on laptop access can be found at http://www.flmd.uscourts.gov/judicialInfo/Orlando/JgByron.htm.

Courthouse's wireless network is granted. However, Internet access during jury selection is prohibited. **All individuals must present valid picture identification and a copy of this Order upon the request of the Court Security Officers assigned to this facility.**

9. **<u>Developments:</u>** Counsel are directed to notify the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of this case by calling the Court's Courtroom Deputy, Kathleen McKinnie, at 407-835-4211.

10. **<u>Courtroom Preferences:</u>** Counsel are advised to review the Court's preferences located on the Court's web page at http://www.flmd.uscourts.gov/judicialInfo/ Orlando/JgByron.htm.

**DONE AND ORDERED** in Orlando, Florida on September 25, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties